IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRYAN K. BALDWIN**                                                                **PLAINTIFF**
**ADC #115013**

v.                 **CASE NO. 2:17-CV-00195 BSM**

**CROSS COUNTY SHERIFF'S DEPARTMENT, et al.**          **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 8] has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety, and the case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 16th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE