IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRYAN K. BALDWIN**  **PLAINTIFF**
**ADC #115013**

**v.**     **CASE NO. 2:17-CV-00195 BSM**

**CROSS COUNTY SHERIFF'S DEPARTMENT, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE